THE STATE EX REL. ROBINSON, APPELLANT, *v.* CUYAHOGA
COUNTY COMMON PLEAS COURT, APPELLEE.

[Cite as *State ex rel. Robinson v. Cuyahoga Cty. Court
of Common Pleas* (1996), 75 Ohio St.3d 431.]

(No. 95–2110—Submitted February 20, 1996—Decided April 17, 1996.)

*Lewis G. Robinson, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Gregory B. Rowinski,* Assistant Prosecuting Attorney, for appellee.

*Per Curiam.* We agree with the court of appeals. Since *Sturges v. Longworth* (1853), 1 Ohio St. 544, we have approved of a court of common pleas' appointing a guardian *ad litem,* literally a guardian for the case, who has no duties prior to the institution of a suit or after its termination but whose sole duty is to defend in a particular cause. Civ.R. 17(B) authorizes a court, as incident to its power to try a case, to order the appointment of a guardian *ad litem.* Robinson's remedy was appeal from that order. Mandamus will not issue where, as here, there was an adequate remedy at law.

The judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.